No. 108, Orig. NEBRASKA v. WYOMING ET AL. Owen Olpin, Esq., of Los Angeles, Cal., the Special Master in this case, is

hereby discharged with the thanks of the Court. [For earlier order herein, see, *e. g.*, 534 U. S. 1076.]